# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:18-cv-00921-MCE-DB |
| Plaintiff, | |
| v. | **ORDER** |
| MORNING STAR MERCED LLC, | |
| Defendant. | |

On April 16, 2018, this Court issued an Order to Show Cause ("OSC") as to why this case should not be transferred to the Fresno division of this Court given that this action is based in Merced County. ECF No. 4. Plaintiff timely responded and advised that the case was filed in this division in error. ECF No. 5. Accordingly, the OSC is hereby DISCHARGED.

///

///

///

///

///

///

///

1

1  In addition, the Court hereby finds that Merced County is part of the Fresno

2  Division of the United States Court for the Eastern District of California. E.D. Cal. Local

3  Rule 120(d). Pursuant to Local Rule 120(f), any civil action which has not been

4  commenced in the proper court within this District may, on the court's own motion, be

5  transferred to the proper court. Because the instant case should have been instituted in

6  Fresno rather than Sacramento, the Clerk of the Court is directed to transfer this action

7  to the Fresno division.

8  IT IS SO ORDERED.

9  Dated: April 25, 2018

10

11  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28